IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHANNON L. WILLIAMS | * |
| PLAINTIFF, | * |
| | * CASE NO. 1:06CV522-T |
| VS. | * |
| CANNON OIL COMPANY, Inc. | * A JURY IS DEMANDED |
| DEFENDANT. | * |

## COMPLAINT

**I.   INTRODUCTION**

1. This is an action for declaratory judgment, equitable relief, and money damages, instituted to secure the protection of and redress the deprivation of rights secured through the Civil Rights Act of 1866, as amended by Section 101 of the Civil Rights Act of 1991, and codified as 42 U. S. C. Section 1981, and 42 U. S. C. Section 2000(e), which provide for relief from racial discrimination in the performance of contracts and employment.

**II.   JURISDICTION AND VENUE**

2. Jurisdiction of this Court is invoked pursuant to 28 U. S. C. Sections 1331, 1343(4) and 1367; 28 U. S. C. Sections 2201 and 2202.

3. The unlawful employment practices alleged herein below were committed by the Defendant within Coffee County, Alabama. Venue is proper in the Middle District of Alabama pursuant to 28 U. S. C. § 1391(b).

### III.     PARTIES

4. Plaintiff is an African-American female and resident citizen of Dale County, Alabama and the United States of America. Defendant is an Alabama Corporation licensed to do business within the Middle District of Alabama.

### IV.     STATEMENT OF ALLEGATIONS

5. Plaintiff began working for the Defendant as an Assistant Manager on December 13, 2004;

6. On or about June 27, 2005, she applied for the open position of Store Manager at another store;

7. Contrary to its custom, Defendant refused to promote Plaintiff for said position, but promised her the next opening.

8. On July 20, 2005, Plaintiff was terminated which defendant sought to disguise as a reduction in hours and staff.

MALCOLM R. NEWMAN
ATTORNEY, P.C.
P.O. Box 6137
Dothan, AL. 36302-6137

9. The Defendant hired a white female less than three weeks later to replace Plaintiff;

10. The Defendant has a history of hostility to racial diversity in employment for non-whites who desire to advance into Management.

It maintains a racially hostile environment;

11. The Defendant discriminates against non-whites in recruitment,

hiring, promoting, and retention of non-whites and prospective employees

as well as non-white employees who try to advance within the company.

V.    **CLAIMS FOR RELIEF**

Plaintiff requests that the Defendant be ordered to permanently cease

and desist from all race discrimination and to hire Plaintiff for the a Managers

Position;

Plaintiff avers that the Defendant's conduct has caused her pain,

humiliation, suffering and financial loss for which she seeks compensatory

damages of no less than a half million dollars ($500,000); and,

any and all other relief, including backpay, attorney's fees and cost, to

which she may be entitled.

**MALCOLM R. NEWMAN**
**ATTORNEY,** P.C.
P.O. Box 6137
Dothan, AL. 36302-6137

Malcolm R. Newman, Attorney, P.C.

*/s/ Malcolm Rance Newman*
Malcolm R. Newman (NEW017)
P.O. Box 6137
Dothan, Alabama 36302
(334) 792-2132
ASB-2826-M39M