Williams

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Gina Adams* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Gina Adams    C. Date of Delivery: 6-15-06 |
| 1. Article Addressed to:<br><br>Cannon Oil Company, Inc.<br>104 East Cottonwood Road<br>Dothan, Alabama 36301 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>140 E Cottonwood Rd<br>Dothan AL 36301 |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| 1:06CV522 (Cmp|Smrs)<br>2. Article Number (Transfer from service label)    7005 0390 0006 2755 5062 | 4. Restricted Delivery? (Extra Fee)    ☐ Yes |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540