IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHANNON WILLIAMS | * | |
| | * | |
|    PLAINTIFF, | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. |
| | * | 1:06cv522-MHT |
| CANNON OIL COMPANY, | * | |
| Inc. | * | |
| | * | A JURY IS DEMANDED |
|    DEFENDANT. | * | |

## REPORT OF PARTIES' PLANNING MEETING

    1.    Pursuant to Fed. R. Civ. Proc. 26(f), a meeting was held on August 08, 2006, with the following parties participating in said planning meeting:

Malcolm R. Newman
MALCOLM R. NEWMAN,
ATTORNEY AT LAW, P.C.
P.O. Box 6137
Dothan, Alabama 36302
Counsel for Plaintiff, Shannon Williams


H.E. Nix, Jr.
P.O. Box 4128
Montgomery, Alabama 36103-4128
Counsel for Defendant, Cannon Oil Company, Inc.


    2.    **Pre-Discovery Disclosures.**  The parties will exchange by September 08, 2006 the information required by Local Rule 26.1 (a)(1).

    3.    **Discovery Plan.**  The parties jointly propose to the court the following discovery plan:

    a.    Discovery will be needed on the following subjects:  Allegations contained in Plaintiff's Complaint, facts surrounding Plaintiff's

        allegations, Plaintiff's damage claims, all facts relevant to the defense of this case, and all facts relevant to the credibility of all witnesses.

    b.    All Discovery commenced in time to be completed by June 30, 2007.

    c.    Maximum of Thirty-Five (35) interrogatories by each party to any other party. Responses and objections due Thirty (30) days after service.

    d.    Maximum of Thirty-Five (35) requests for admission by each party to any other party. Responses due 30 days after service.

    e.    Maximum of Thirty-Five (35) requests for production by each party to any other party. Responses due 30 days after service.

    f.    Maximum of Eight (8) depositions by Plaintiff and 12 by Defendant.

    g.    Reports from retained experts under Rule 26(a)(2) due:

        from the Plaintiff by February 15, 2007
        from Defendant by April 15, 2007.

    h.    Supplementation under Rule 26 (e) due no later than thirty (30) days before discovery concludes.

4.    **Other items.**

    a.    The parties do not request a conference with the Court before entry of the scheduling order.

    b.    Plaintiff should be allowed until October 30, 2006, to join additional parties and to amend the pleadings.

    c.    Defendant should be allowed until November 30, 2006, to join additional parties and to amend the pleadings.

    d.    All potentially dispositive motions should be filed by July 22, 2007.

    e.    Settlement cannot be evaluated prior to close of discovery.

    f.    The parties request a pretrial conference in September 2007.

    g.    Final witness and exhibits lists under Rule 26(a)(3), should be due

        from Plaintiff by Thirty (30) days prior to trial
        from Defendant Thirty (30) days prior to trial.

Respectfully Submitted,

/s/ H.E. Nix, Jr.  
H.E. Nix, Jr.  
Attorney for Defendant

/s/ Malcolm R. Newman  
Malcolm R. Newman  
Attorney for Plaintiff