IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHANNON L. WILLIAMS, | * | |
| Plaintiff, | * | |
| v. | * | CV 1:06CV522-T |
| CANNON OIL COMPANY, INC., | * | |
| Defendant. | * | |

### NOTICE OF APPEARANCE

COMES NOW, April W. McKay of the law firm of Nix Holtsford Gilliland Higgins & Hitson, P.C., and does hereby enter her appearance in this matter as additional counsel on behalf of the Defendant, Cannon Oil Company, Inc.

Respectfully submitted,

_____
April W. McKay (WIL304)
Attorney for Cannon Oil Company, Inc.

OF COUNSEL:
NIX HOLTSFORD GILLILAND
    HIGGINS & HITSON, P. C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585

1

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing has been served upon:

Malcolm R. Newman
P. O. Box 6137
Dothan, AL 36302

either by personal delivery or by placing a copy of same in the United States Mail, postage prepaid and properly addressed, on this the \_\_\_2nd\_\_\_ day of March, 2007.

_____
OF COUNSEL