IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHANNON L. WILLIAMS, | * | |
| Plaintiff, | * | |
| v. | * | CV 1:06CV522-T |
| CANNON OIL COMPANY, INC., | * | |
| Defendant. | * | |

### JOINT SETTLEMENT AND MEDIATION STATEMENT

COME NOW the parties, by and through counsel, and pursuant to this Court's Uniform and Amended Scheduling Order, file a statement regarding potential settlement and mediation. Pursuant to the scheduling order, the parties have conducted a settlement conference and settlement negotiations have been ongoing. At this time, the parties do not believe that mediation will facilitate settlement. However, if the parties change their opinion regarding mediation, they will notify the Court. The undersigned files this document with the express consent of Plaintiff's attorney.

Respectfully submitted this the 10TH day of July, 2007.

s/ April W. McKay
_____
H.E. NIX, JR. (NIX007)
APRIL W. MCKAY (WIL304)
Attorneys for Defendant

OF COUNSEL:
Nix Holtsford Gilliland Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36101-4128
(334) 215-8585

        s/ Malcolm R. Newman
_____
Malcolm R. Newman
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing has been served upon:

Malcolm R. Newman
P. O. Box 6137
Dothan, AL 36302

either by personal delivery or by placing a copy of same in the United States Mail, postage prepaid and properly addressed, on this the 10th day of July, 2007.

        s/ April W. McKay
_____
OF COUNSEL