**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 11, 2007

# NOTICE OF CORRECTION

**From:**            Clerk's Office

**Case Style:**      **Shannon L. Williams v. Cannon Oil Company, Inc.**

**Case Number:**     **#1:06-cv-00522-MHT**

**Referenced Document:** **Document #10**
**Joint Settlement and Mediation Statement**

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not contain a certificate of service nor signatures of all counsel. The corrected pdf is attached to this notice.**