IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHANNON L. WILLIAMS | * | |
| Plaintiff, | * | |
| v. | * | CV 1:06CV522-T |
| CANNON OIL COMPANY, INC. | * | |
| Defendant. | * | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

| Reportable Entity | Relationship to Party |
|---|---|
| Pamela Weathers | Owner of Voting Stock |
| Frank Weathers | President |
| Jon Weathers | Vice President |
| G and P Properties | Affiliated Company (by ownership only) |

s/ April W. McKay
H.E. NIX, JR.  (NIX007)
APRIL W. MCKAY (WIL304)

                Attorneys for Defendant

OF COUNSEL:
Nix Holtsford Gilliland
  Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

  I hereby certify that I have this day sent by mail, postage prepaid, an exact copy of the foregoing document to:

Malcolm R. Newman
P. O. Box 6137
Dothan, AL 36302

  This the 12th day of July, 2007.

              s/ April W. McKay
              OF COUNSEL