## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **SHANNON WILLIAMS** | * | |
| | * | |
|    **PLAINTIFF,** | * | |
| | * | |
| **VS.** | * | **CIVIL ACTION NO.** |
| | * | **1:06cv522-MHT** |
| **CANNON OIL COMPANY, Inc.** | * | |
| | * | |
| | * | |
| | * | |
|    **DEFENDANT.** | * | |

## NOTICE OF SETTLEMENT

     Comes now Counsel for the Plaintiff and gives notice that the parties have reached a settlement in this case.

                           Malcolm R. Newman, Attorney, PC

                           /s/ Malcolm R. Newman
                           Malcolm R. Newman (NEW017)
                           P.O. Box 6137
                           Dothan, Alabama 36302
                           (334)792-2132
                           ASB-2826-M39M

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing upon:

    H.E. Nix, Jr.
    P.O. Box 4128
    Montgomery, Alabama 36103-4128

by placing a copy of the same in the United States mail, postage prepaid this the 6th day of September, 2007.


                                        /s/ Malcolm R. Newman
                                        Malcolm R. Newman